Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR SCOTT M. SEIDEL,
TRUSTEE OF GOODMAN NETWORKS, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| MULTIBAND FIELD SERVICES, INC., | § | |
| | § | Case No. _____ |
| Debtor. | § | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS
## AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULE
## OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The above-captioned debtor (the "Debtor"), by and through the undersigned Scott M. Seidel (the "GNI Trustee"), the duly-appointed chapter 7 trustee of Goodman Networks, Inc. ("GNI"), debtor in the concurrently pending bankruptcy case number 22-31641 in the Bankruptcy Court for the Northern District of Texas, Dallas Division (the "GNI Bankruptcy") before the Honorable Michelle V. Larson, is filing its Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "SOFA") in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"). The Debtor prepared the Schedules and SOFA in accordance with § 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations and Disclaimers Regarding the Debtor's Schedule of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and SOFA. These Global Notes should be referred to and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFA have been prepared by the GNI Trustee, with the assistance of the undersigned counsel and retained professionals in the GNI Bankruptcy, pursuant to the *Corrected Order on Trustee's Motion for Authority to Cause Subsidiaries to File Chapter 11 Petitions* [GNI Bankruptcy Docket No. 583] (the "Order for Authority"). The Debtor is a wholly-owned

subsidiary of GNI, and the GNI Trustee files these Schedules and SOFA solely in his capacity as trustee for the estate of GNI.

**Preparation of Schedules and SOFA.** The Schedules and SOFA have been prepared by the GNI Trustee and his professionals retained in the GNI Bankruptcy based on a good-faith effort to evaluate the assets and liabilities of the Debtor as currently known to him and his professionals as of the time of filing the Schedules and SOFA. Nothing contained in the Schedules or SOFA have been prepared from the GNI Trustee's personal knowledge, and shall not be construed as such.

All information contained in the Schedules and SOFA have been prepared from books and records currently in the GNI Trustee's possession solely in his capacity as trustee for GNI. Information relating to the Debtor is only in GNI's possession, custody, or control by virtue of GNI's relationship with the Debtor as the Debtor's parent and owner. The GNI Trustee has relied in good faith on GNI's books and records, books and records from custodians as identified in the Schedules and SOFA, and information provided to him in the course of the GNI Bankruptcy.

**Chapter 11 Trustee.** Pursuant to the Order for Authority, the GNI Trustee intends to immediately file a motion to appoint a chapter 11 trustee to administer the Debtor's estate. Nothing contained herein, or in the Schedules or SOFA, constitutes a waiver, limitation, or restriction on any subsequently-appointed chapter 11 trustee's rights or authority to identify, amend, prosecute, or otherwise administer any assets, liabilities, claims, causes of action, or any thereafter identified property of the Debtor's estate under § 541 of the Bankruptcy Code.

**Reservation of Rights.** Nothing contained in the Schedules, SOFA, or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its bankruptcy case, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Amendment.** Although reasonable and good-faith efforts were made to compile complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. Thus, the Debtor reserves all rights, but shall not be required, to amend or supplement its Schedules and SOFA from time to time as may be necessary or appropriate.

Executed: January 29, 2025.

/s/
Scott M. Seidel
Trustee for Goodman Networks, Inc.

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Multiband Field Services, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
61-1391746

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2801 Network Boulevard<br>Suite 300<br>Frisco, TX 75034 | c/o Munsch Hardt Kopf & Harr, P.C.<br>500 N Akard Street<br>Suite 4000<br>Dallas, TX 75204 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Collin<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Multiband Field Services**      Case number (*if known*)
      Name

---

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | Southern District of Texas | 3/13/17 | 17-31577 |
| | | | |

---

Debtor: **Multiband Field Services**  
Case number (*if known*):

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list

    | | |
    |---|---|
    | Debtor | Goodman Networks, Inc. |
    | District | Northern District of Texas |
    | When | 9/06/22 |
    | Relationship | Parent/Sole Owner |
    | Case number, if known | 22-31641 |

11. **Why is the case filed in *this district*?**

    *Check all that apply:*
    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ■ No
    - ☐ Yes.

    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ☐ 1-49
    - ☐ 50-99
    - ■ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ■ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor  Multiband Field Services _____  Case number (*if known*)_____
       Name

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Multiband Field Services**  Case number (*if known*) _____
Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/29/2025
MM / DD / YYYY

_____  Scott M. Seidel
Signature of authorized representative of debtor    Printed name

Title  Trustee of Goodman Networks, Inc.

**18. Signature of attorney**

X  /s/ Davor Rukavina, Esq.    Date  2/11/2025
Signature of attorney for debtor    MM / DD / YYYY

Davor Rukavina, Esq. 24030781
Printed name

Munsch Hardt Kopf & Harr, P.C.
Firm name

500 N. Akard St., Ste. 4000
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone  214-855-7500    Email address  drukavina@munsch.com

24030781 TX
Bar number and State